# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

DEWAYNE HART and
YANAE HART,
Plaintiffs,

CASE NUMBER: 1:10-cv-1172-B

v.

FIRST MORTGAGE STRATEGIES GROUP, INC.,
Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 9/30/2011, this case is hereby Dismissed with prejudice against the Defendant First Mortgage Strategies Group, Inc. Further, no bill of costs will be filed by any party and no discretionary costs will be applied for or awarded to any party.

**APPROVED:**

s/J. Daniel Breen
**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**